IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Whiteside, Berna D | Case Number: 04 B 42787 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/28/07 | Filed: 11/17/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: November 2, 2007
Confirmed: January 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 19,410.00 | |
| Secured: | | 7,685.03 |
| Unsecured: | | 7,670.82 |
| Priority: | | 0.00 |
| Administrative: | | 1,905.20 |
| Trustee Fee: | | 915.29 |
| Other Funds: | | 1,233.66 |
| Totals: | 19,410.00 | 19,410.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 1,905.20 | 1,905.20 |
| 2. | Capital One Auto Finance | Secured | 7,164.53 | 7,164.53 |
| 3. | Dell Financial Services, Inc | Secured | 520.50 | 520.50 |
| 4. | Capital One Auto Finance | Unsecured | 1,770.70 | 1,770.70 |
| 5. | Resurgent Capital Services | Unsecured | 2,931.49 | 2,931.49 |
| 6. | Target National Bank | Unsecured | 585.18 | 585.18 |
| 7. | RoundUp Funding LLC | Unsecured | 1,753.49 | 1,753.49 |
| 8. | American Express Centurion | Unsecured | 629.96 | 629.96 |
| 9. | First National Credit Card | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 17,261.05 | $ 17,261.05 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 111.15 |
| 4% | 68.40 |
| 3% | 51.30 |
| 5.5% | 280.72 |
| 5% | 58.31 |
| 4.8% | 164.15 |
| 5.4% | 181.26 |
| | _____ |
| | $ 915.29 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Whiteside, Berna D

Printed:  12/28/07

Case Number:  04 B 42787
Judge:  Wedoff, Eugene R
Filed:  11/17/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

